No. 95–2064. LORD, SUPERINTENDENT, BEDFORD HILLS CORRECTIONAL FACILITY, ET AL. *v.* DELUCA. C. A. 2d Cir. Certiorari denied.

No. 95–2065. YANG ET AL. *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 95–2066. LEVINE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–2067. ROBINSON ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 95–2068. SPERLING *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–2069. FLORIDA DEPARTMENT OF REVENUE ET AL. *v.* GENERAL DEVELOPMENT CORP. C. A. 11th Cir. Certiorari denied.

No. 95–2071. HARGETT *v.* NATIONAL WESTMINSTER BANK, USA, ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–2073. ARENA SPORTS, INC., ET AL. *v.* FIRST AMERICAN BANK OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 95–2075. HARVEY *v.* WISCONSIN BOARD OF ATTORNEYS PROFESSIONAL RESPONSIBILITY. Sup. Ct. Wis. Certiorari denied.

No. 95–2076. FERNANDES *v.* ROCKAWAY TOWNSHIP TOWN COUNCIL ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–2078. SPRING MEADOWS APARTMENT COMPLEX LIMITED PARTNERSHIP *v.* STALLINGS ET UX. Sup. Ct. Ariz. Certiorari denied.

No. 95–2079. HAAS, BY AND THROUGH HER FATHER AND LEGAL GUARDIAN, HAAS *v.* WYATT ET AL. C. A. 11th Cir. Certiorari denied.